UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Lester S SMITH, III  
    Lois Ann SMITH  
        Debtor(s)

Case No. 13 B 02007

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/18/2013.

2) The plan was confirmed on 07/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/22/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/20/2013.

5) The case was Dismissed on 04/28/2014.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,260.00 |
| Less amount refunded to debtor | $805.00 |

**NET RECEIPTS:** $11,455.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $473.14 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,973.14

Attorney fees paid and disclosed by debtor:    $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aaron's Furniture | Secured | 660.00 | 0.00 | 660.00 | 154.00 | 0.00 |
| Accelerated Rehab Center | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ACL Lab | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 127.92 | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban | Unsecured | 510.03 | NA | NA | 0.00 | 0.00 |
| Alcoa Billing Center | Unsecured | 61.70 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 900.00 | 1,042.34 | 1,042.34 | 0.00 | 0.00 |
| Amerinca Financial Choice | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris Bank | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| Bud's Ambulance | Unsecured | 124.20 | NA | NA | 0.00 | 0.00 |
| Cardic Consulting Group SC | Unsecured | 6.30 | NA | NA | 0.00 | 0.00 |
| Cash Loans by BMAC Inc | Unsecured | 0.00 | 406.50 | 460.50 | 0.00 | 0.00 |
| Chase | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CHE Group | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Chest Specialist PC | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| Chexsystems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Harvey | Unsecured | 96.06 | NA | NA | 0.00 | 0.00 |
| City of Joliet | Priority | 120.00 | NA | NA | 0.00 | 0.00 |
| City of Markham | Unsecured | 96.86 | NA | NA | 0.00 | 0.00 |
| Columbia Medical Center | Unsecured | 149.07 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,602.13 | 1,602.13 | 1,602.13 | 0.00 | 0.00 |
| Community Healthcare Systems | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Priority | 4,044.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 8,534.00 | 4,769.49 | 4,769.49 | 1,564.64 | 0.00 |
| Credit Protection Associates | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| Dental Dreams | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 26,442.00 | 27,928.46 | 27,928.46 | 0.00 | 0.00 |
| Enhance Recovery | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Family Dental Care | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| First Midwest Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts Inc | Unsecured | 513.25 | 3,421.68 | 3,421.68 | 0.00 | 0.00 |
| Harvey Anesthesiologist SC | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,329.00 | 1,108.56 | 1,108.56 | 73.99 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 737.36 | 737.36 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 905.58 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 1,005.58 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 7,876.04 | 4,799.69 | 4,799.69 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 37,288.63 | 35,727.60 | 35,727.60 | 2,382.95 | 0.00 |
| Internal Revenue Service | Secured | 10,589.76 | 10,589.76 | 10,589.76 | 1,588.50 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 261.46 | 261.46 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 12,861.25 | 12,999.85 | 12,999.85 | 3,174.11 | 543.67 |
| Komyatte & Associates | Unsecured | 559.79 | 559.79 | 559.79 | 0.00 | 0.00 |
| Komyatte & Associates | Unsecured | 13.61 | 209.00 | 209.00 | 0.00 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 0.00 | 3,089.07 | 3,089.07 | 0.00 | 0.00 |
| Komyatte & Casbon PC | Unsecured | 0.00 | 24.24 | 24.24 | 0.00 | 0.00 |
| Lincare | Unsecured | 475.83 | NA | NA | 0.00 | 0.00 |
| Mansard Apartment | Unsecured | 2,813.16 | NA | NA | 0.00 | 0.00 |
| MeA - Munster, LLC | Unsecured | 24.24 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Assoc LLC | Unsecured | 61.70 | 351.23 | 351.23 | 0.00 | 0.00 |
| Millenium Laboratoryy | Unsecured | 48.30 | NA | NA | 0.00 | 0.00 |
| Miramed Revenue Group | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Priority | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit Collection | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 2,200.48 | 2,200.48 | 2,200.48 | 0.00 | 0.00 |
| Pace Service Center | Unsecured | 55.80 | NA | NA | 0.00 | 0.00 |
| PLS Loans | Unsecured | 792.81 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 229.16 | NA | NA | 0.00 | 0.00 |
| RA Berquist, DDS | Unsecured | 1,119.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 75.00 | 108.91 | 108.91 | 0.00 | 0.00 |
| Richard Kanyatter Associates | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 255.79 | NA | NA | 0.00 | 0.00 |
| Sirius XM Radio, Inc. | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Sisco Systems, Inc. | Unsecured | 295.67 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory | Unsecured | 13.44 | NA | NA | 0.00 | 0.00 |
| State Collection | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| State Farm Fire and Casualty | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Torres Credit Service | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| Trustmark Recovery Services | Unsecured | 175.47 | NA | NA | 0.00 | 0.00 |
| U.S. Bankruptcy Court | Priority | 281.00 | NA | NA | 0.00 | 0.00 |
| VIVINT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 0.00 | 140.76 | 140.76 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $12,999.85 | $3,174.11 | $543.67 |
|     All Other Secured | $16,019.25 | $3,307.14 | $0.00 |
| **TOTAL SECURED:** | **$29,019.10** | **$6,481.25** | **$543.67** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $36,836.16 | $2,456.94 | $0.00 |
| **TOTAL PRIORITY:** | **$36,836.16** | **$2,456.94** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$47,447.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,973.14 |
| Disbursements to Creditors | $9,481.86 |
| **TOTAL DISBURSEMENTS :** | **$11,455.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/14/2014            By: /s/ Marilyn O. Marshall
                                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**